**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| KRISTIANA BECK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Case No. 1:17-cv-147-LY |
| CAPITAL ONE BANK | § | |
| | § | |
| Defendant. | § | |
| | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Kristiana Beck, and Defendant, Capital One Bank (USA), N.A. (erroneously named as Capital One Bank in the First Amended Complaint) ("Capital One"), hereby stipulate to the dismissal of the above-styled cause of action with prejudice, with each party to bear their own fees, expenses and costs.

Dated: July 28, 2017

Respectfully Submitted,

**HUGHES ELLZEY, LLP**

*/s/ W. Craft Hughes*
W. Craft Hughes
Attorney-in-charge
Jarrett L. Ellzey
Deola T. Ali
2700 Post Oak Blvd., Ste. 1120
Galleria Tower I
Houston, TX 77056
Phone: (713) 554-2377
Fax: (888) 995-3335
E-Mail: craft@hughesellzey.com
         jarrett@hughesellzey.com
         deola@hughesellzey.com

**ATTORNEYS FOR PLAINTIFF**

2

*/s/ Adam C. Ragan*
Jarrett L. Hale
State Bar No. 24046005
Adam C. Ragan
State Bar No. 24079172

**HUNTON & WILLIAMS LLP**
1445 Ross Ave., Suite 3700
Dallas, Texas  75202
214-468-3577
214-979-3959 (fax)
aragan@hunton.com

**ATTORNEYS FOR DEFENDANT CAPITAL ONE BANK (USA), N.A.**

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this the 28th day of July, 2017 I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to all counsel of record.

*/s W. Craft Hughes*
W. Craft Hughes
