IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KRISTIANA BECK, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-17-CV-147-LY |
| | § | |
| CAPITAL ONE BANK, | § | |
|     DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause. On July 28, 2017, the parties filed a Joint Stipulation of Dismissal with Prejudice (Doc. #10), which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this 28th day of July, 2017.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE